IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DENA MARKS,

No. C 14-02691 DMR (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE HER PETITION, *IN FORMA PAUPERIS* APPLICATION, AND CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

/

On June 10, 2014, Petitioner, a state prisoner currently incarcerated at the Central California Women's Facility, filed a document with the Court in the instant case, which was opened as a habeas corpus action. On the same day the action was filed, the Clerk of the Court sent a notice to Petitioner informing her that this action could not go forward until she filed with the Court a 28 U.S.C. § 2254 habeas petition form, completed in full, within twenty-eight days or her action would be dismissed. The Clerk also sent Petitioner a notice directing her to pay the requisite $5.00 filing fee or to file a completed *in forma pauperis* ("IFP") application.[1]

Also on June 10, 2014, this matter was assigned to the undersigned Magistrate Judge. The Clerk sent Petitioner a Notice of Assignment of Prisoner Case to Magistrate Judge, which directed Petitioner to fill out the attached form indicating whether she consents to or declines Magistrate Judge jurisdiction in this matter within fourteen days of the date of that Notice.

Before the Court is Petitioner's motion for an extension of time to file her petition, IFP application, and consent or declination to Magistrate Judge Jurisdiction. Dkt. 5.

Good cause appearing, the motion is GRANTED. Petitioner shall file her petition, IFP application, and consent or declination to Magistrate Judge Jurisdiction no later than **August 18, 2014.** If Petitioner fails to do so by the aforementioned deadline, this case will be closed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action

---

[1] The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application. *See* 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if she makes affidavit that she is unable to pay such fees or give security therefor).

for failure to prosecute or to comply with a court order); *see also Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

The Clerk shall send Petitioner new copies of a blank habeas petition form, a prisoner IFP application form and the Notice of Assignment of Prisoner Case to Magistrate Judge (dkt. 4) along with her copy of this Order.

This Order terminates Docket No. 5.

IT IS SO ORDERED.

Dated: July 24, 2014

DONNA M. RYU
United States Magistrate Judge

2